UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14030-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

KURT D. ANDERSON,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [73] on Defendant's Motion to Suppress Statements [49]. After review of the Report, Objections thereto [Appeal of Magistrate Judge Decision] [79] thereto, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued June 22, 2007 is hereby **ADOPTED**. The Defendant's Motion to Suppress Statements [49] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of July, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record