UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14030-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

KURT D. ANDERSON,

    Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [66] on Defendant's Motion to Sever Defendants [38], Defendants Motin to Preclude Rule 404(b) Evidence [48] and Amended Motion to Preclude Rule 404(b) Evicdence [51] issued June 30, 2007. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued June 20, 2007 is hereby **ADOPTED**. Accordingly,

1. Defendant's Motion to Preclude Rule 404(b) Evidence [48] is **GRANTED** only in respect to evidence concerning the January 14, 2008 armed robbery of the Express Food Market and shall be **DENIED** in all other respects.

2. That the Defendant's Amended Motion to Preclude Rule 404(b) Evidence [51] is **DENIED**; and

3. That the Defendant's Motion to Sever Defendants [38] is **DENIED AS MOOT**. Defendant Leon D. Clark entered a plea of guilty on June 22, 2007.

Case No. -14030-CR-MOORE

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of July, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record